UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SILK,<br><br>                        Plaintiff,<br><br>           -v.-<br><br>HCMC LEGAL, INC.; HC2, INC., d/b/a HIRE COUNSEL; and McDERMOTT WILL & EMERY LLP,<br><br>                        Defendants. | 20 Civ. 10389 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of two related motions from Plaintiff in this matter: the first, a request for a conference regarding the adequacy of pre-mediation discovery (Dkt. #37); and the second, an application for the adjournment of mediation due to purported deficiencies in Defendants' pre-mediation discovery (Dkt. #38). The Court notes that issues regarding pre-mediation discovery should be addressed in the first instance with the mediator, as should requests for the adjournment of mediation. Should the parties fail to resolve this matter in mediation, and proceed to plenary discovery, they may then raise discovery issues with the Court. Until then, the Court expects that the parties will discuss such issues with the mediator and participate in the mediation in good faith. Plaintiff's motions are therefore DENIED. The Clerk of Court is directed to terminate the motions at docket entries 37 and 38.

SO ORDERED.

Dated: March 31, 2021
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge

2